

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| PARADIES-EL PASO, LLC. D/B/A THE PARADIES SHOP, | § | No. 08-25-00100-CV |
|  | § | Appeal from the |
| Appellant, | § | 205th District Court |
| v. | § | of El Paso County, Texas |
| EBONY DAVIS, | § | (TC# 2024DCV3981) |
| Appellee. | § |  |
|  | § |  |

## MEMORANDUM OPINION

Appellant Paradies-El Paso, LLC d/b/a The Paradies Shops has filed a motion to dismiss this appeal. The motion states that it is made voluntarily and in good faith. As the Court has not yet issued an opinion in this case, the motion to dismiss the appeal is granted pursuant to Texas Rule of Appellate Procedure 42.1(a)(1). *See* Tex. R. App. P. 42.1(a)(1) (allowing an appellate court to dismiss an appeal on the motion of the appellant.). Costs of the appeal are taxed against Appellant. *See* Tex. R. App. P. 42.1(d).

MARIA SALAS MENDOZA, Chief Justice

June 16, 2025

Before Salas Mendoza, C.J., Palafox, J., and Rodriguez, C.J. (Ret)
Rodriguez, C.J. (Ret.) (Sitting by Assignment)